RECEIVED
IN LAKE CHARLES, LA

MAR 2 8 2006

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF LOUISIANA**

**LAKE CHARLES DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL NO. 05-20158-01** |
| **VERSUS** | **JUDGE MINALDI** |
| **RONALD BRYANT, III** | **MAGISTRATE JUDGE WILSON** |

## ORDER

It is the finding of this court that, under the provisions of 18 U.S.C. §4241(a), there is reasonable cause to believe that the defendant RONALD BRYANT, III may be presently be suffering from a mental disease or defect rendering him incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him and/or to assist properly in his defense.

IT IS THEREFORE ORDERED that, pursuant to 18 U.S.C. §4241, the defendant shall submit to a psychiatric examination and evaluation by the appropriate federal medical center designated by the United States Bureau of Prisons and the report from the same shall be filed with the court pursuant to 18 U.S.C. §§4247(b) and (c);

IT IS FURTHER ORDERED that the United States Marshal shall transport the defendant to the medical center designated by the Bureau of Prisons;

IT IS FURTHER ORDERED that a copy of the examination/evaluation report shall be forwarded, in writing, to: Honorable Patricia Minaldi, United States District Judge, 611 Broad Street, Suite 243, Lake Charles, Louisiana 70601, Clerk of Court, United States District, Western District of Louisiana, 300 Fannin Street, Suite 1167, Shreveport, Louisiana 71101, Mr. John Luke

Walker, Assistant United States Attorney, 800 Lafayette Street, Suite 2200, Lafayette, Louisiana 70501 and Mr. Joseph R. Streva, Jr. Assistant Federal Public Defender, 102 Versailles Blvd., Suite 816, Lafayette, Louisiana 70501.

Lake Charles, Louisiana, March ____27____, 2006.

PATRICIA MINALDI
United States District Judge

cc: USM 3cc
BOP 1cc

2