RECEIVED
IN LAKE CHARLES, LA

MAY 11 2006

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL NO. 05-20158-01** |
| **VERSUS** | **JUDGE MINALDI** |
| **RONALD BRYANT, III** | **MAGISTRATE JUDGE WILSON** |

### ORDER

UPON CONSIDERATION of defendant's MOTION TO AMEND ORIGINAL ORDER, amending the court's order of March 27, 2006;

IS IT ORDERED that the court's original Order of March 27, 2006, ordering the defendant Ronald Bryant, III to submit to an examination to determine his competency to proceed under the provisions of 18 U.S.C. §4241, be and the same is hereby amended to include an evaluation of defendant for the existence of an insanity defense and to determine whether or not the defendant suffered from any mental disease or defect at the time of the commission of the crime and, further, any issue that may be beneficial to the court regarding mitigation of sentencing.

IT IS FURTHER ORDERED that a copy of the Order be served on Mr. Steven M. Dewalt, Warden, or his appointed designee, at the Federal Bureau of Prisons, Federal Medical Center, 3301 Leestown Road, Lexington, Kentucky 40511-8799.

Lake Charles, Louisiana, this 10 day of May, 2006.

PATRICIA MINALDI
United States District Judge

cc: Warden w/ 3/27/06 order